# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 4750 | **DATE** | 4/11/2013 |
| **CASE TITLE** | Ira Gilbert, et al vs. Zimmer, Inc., et al | | |

**DOCKET ENTRY TEXT**

Agreed motion of dismissal with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure [6] granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|